

# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Pent

*Check only one of the below categories.*

**P323952**

- [X] ARREST EVIDENCE
- [ ] DECEDENT'S PROPERTY
- [ ] FOUND PROPERTY
- [ ] INVESTIGATORY
- [ ] PEDDLER PROPERTY
- [ ] OTHER _____

DATE PREPARED: 9/5 YR 2008 PCT. 028

| Field | Value |
|---|---|
| Arresting/Assigned Officer | Rothmann, Scott |
| Rank | PO |
| Shield No. | 16360 |
| Tax Reg. No. | [redacted] |
| Command | 028 |
| Prisoner's Last Name, First | Gardner, Grace +1 |
| Age | [redacted] |
| Address | 232 W. 122 st. #2A; nyc ny 10027 |
| No. of Prisoners | 2 |
| Acc./Aided # | |
| Date of Arrest | 9/4/08 |
| Arrest No. | [redacted] |
| Charge/Offense Under Investigation | 220.03 |
| Fel. | ☐ |
| Misd. | ☒ |
| J.D. | ☐ |
| Viol. | ☐ |
| Complaint No. | 4719 |
| Finder of Property | Rothmann, Scott |
| Address | 28th pct. |
| Telephone No. | [redacted] |
| Owner's Name | Gardner, Grace +1 |
| Address | 232 W. 122 st. #2a; nyc, ny 10027 |
| Telephone No. | n/a |
| Complainant's Name | PSNY |
| Address | n/a |
| Telephone No. | n/a |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION | AND DATE |
|---|---|---|---|---|---|
| 1 | 19 | clear ziplocs w/crack cocaine residue | | | |
| 2 | 1 | crack stem w/crack cocaine residue | | | |
| | | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | |
| | | THE ABVOE IS ALL PROPERTY VOUCHERED | | | |

TOTAL

Additional Invoice Nos. Related to This Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused

**R.T.O.** Owner/Claimant's Signature  Date  Time  Property Clerk Storage Location

REMARKS: *Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).*
At t/p/o the above property vouchered as arrest evidence pursuant to search warrant# N661-2008. Items 1-2 secured in SE#F309719 and NE#H553467.

Rank and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | Boro Storage No.

PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | Command

Property Clerk's Signature

**P323952**

DISTRIBUTION: WHITE - Prop. Clk. File    SECOND WHITE - Inventory Unit Copy    YELLOW - Prop. Clk. Work Copy
BLUE - Police Officer's Copy    GREEN - Evidence Release/Investigation Copy    PINK - Prisoner/Finder Receipt Copy